**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM L. ANDERSON,** | ) | **CASE NO.  5:09 CV 671** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **WARDEN BRADSHAW,** | ) | **Magistrate Judge James S. Gallas** |
| | ) | |
| **Respondent.** | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation (Docket #23) is hereby ADOPTED in its entirety.  The Motion to Dismiss filed by Respondent (Docket #14) is hereby GRANTED.  The Petition (Docket #1) is hereby DISMISSED in its entirety.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

                                                *s/Donald C. Nugent*
                                                DONALD C. NUGENT
                                                United States District Judge

DATED: March 31, 2010